UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
|                                        :  | Civil Action No. _____ |
|                                        :  |  |
| v.                                  :  |  |
|                                        :  |  |
|                                        :  |  |

**DISCLOSURE STATEMENT**

The undersigned counsel for __Midnite Air Corp. d/b/a MNX Global Logistics__,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
_____
_____
_____
_____

## OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____          ____Moser Taboada_____
Signature of Attorney                                              Name of Firm

____Charles P. Guarino_____          ____1030 Broad Street_____
Print Name                                                            Address

____09/30/2015_____          ____Shrewsbury, New Jersey 07702___
Date                                                                     City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.                     DNJ-CMECF-005 (5/2/08)