| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIS, ALLEGATION OF DAMAGE, DEMAND, CERTIFICATION, EXHIBITS** EFFECTED (1) BY ME: **MARK SACRIPANTI** TITLE: **PROCESS SERVER** | DATE: **10/8/2015 5:03:25 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant

AXIS GLOBAL LOGISTICS HQ

Place where served:

5901 WEST SIDE AVE, SUITE 503   NORTH BERGEN  NJ  07047

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JAMES IACOUZZI

Relationship to defendant   **VICE PRESIDENT**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: BALDING-GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____      SERVICES $ _____      TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 9 / 20 15                                                                    _____ L.S.
SIGNATURE OF MARK SACRIPANTI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   CHARLES P. GUARINO, ESQ.
PLAINTIFF:   MIDNIITE AIR CORP.
DEFENDANT: DURBEK YAMINOV, ET AL
VENUE:       DISTRICT
DOCKET:      2 15 CV 07197 MCA LDW
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2018