UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

Charles P. Guarino, Esq.
Moser Taboada
1030 Broad Street, Suite 203
Shrewsbury, New Jersey 07702
cguarino@mtiplaw.com
(732) 935-7100
Attorneys for Plaintiff

_____

| | |
|---|---|
| MIDNITE AIR CORP. ) <br> (d/b/a MNX Global Logistics) ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DURBEK YAMINOV & ) <br> AXIS GLOBAL LOGISTICS HQ, ) <br> ) <br> Defendants. ) <br> ) | Hon. Madeline Cox Arleo <br><br> Civil Case No. 2:15-cv-07197-MCA-LDW <br><br> <u>Civil Action</u> <br><br> **CERTIFICATE OF SERVICE** |

CHARLES P. GUARINO, of full age, certifies as follows:

1.  I am Senior Counsel with Moser Taboada, counsel to Plaintiff in the above-captioned action.

2.  On October 9, 2015, I caused a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, and all supporting papers thereof, to be served upon the following Defendants by First-Class USPS mail:

> DURBEK YAMINOV
> 3149 Riverside Station Boulevard
> Secaucus, New Jersey 07094

> AXIS GLOBAL LOGISTICS HQ
> 5901 West Side Avenue, Suite 503
> North Bergen, New Jersey 07047

3.     I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2015

          Respectfully submitted,

          MOSER TABOADA

          /s/ Charles P. Guarino
          CHARLES P. GUARINO #8658
          cguarino@mtiplaw.com
          1030 Broad Street, Suite 203
          Shrewsbury, New Jersey 07702
          732-945-9498 (phone)

          Attorneys for Plaintiff Midnite Air Corp.