K&L GATES LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Attorneys for Defendants Durbek Yaminov and
Axis Global Logistics HQ

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MIDNITE AIR CORP. (d/b/a MNX Global Logistics),<br><br>Plaintiff,<br><br>v.<br><br>DURBEK YAMINOV & AXIS GLOBAL LOGISTICS HQ,<br><br>Defendants. | Civil Action No.:<br>   15-7197 (MCA-LDW)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that MICHAEL E. WALLER of K&L Gates LLP hereby enters his appearance in this action as attorney for Defendants Durbek Yaminov and Axis Global Logistics HQ. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:  October 20, 2015.

                                            K&L GATES LLP

                                            By:   /s Michael E. Waller
                                                Michael E. Waller, Esq.
                                                One Newark Center
                                                Newark, New Jersey 07102
                                                (973) 848-4000
                                                *Attorney for Defendants Durbek*
                                                *Yaminov and Axis Global*
                                                *Logistics HQ*